# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00046-CV

**D. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C-18-0089-CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. R. filed her notice of appeal on January 14, 2020. The appellate record was complete January 17, 2020, making appellant's brief due February 6, 2020. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Nathan H. Butler to file appellant's brief no later than February 25, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 11, 2020.

Before Justices Goodwin, Kelly, and Smith